UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X
SANDRA ELLIS,

                Plaintiff,                        Index No. 08 CIV 6705

  -against-                                    **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK: NEW YORK CITY
DEPARTMENT OF CORRECTIONS,

                Defendant,
-----------------------------------------------------------------------X

Received by Avmart Melidor to be served on **NEW YORK CITY COMMISION ON HUMAN RIGHTS,** at 40 Rector Street, New York, New York.

I, Avmart Melidor residing in Queens Village, New York, being duly sworn, deposed and says that on the **11th day of August 2008 at 3:20 P.M.,** I

**SERVED** the within **SUMMONS IN CIVIL ACTION**, personally by delivering a true copy of the same and leaving said document with **MAXINE NELSON IN THE RECEPTION AREA,** at 40 Rector Street, New York, New York, who is of suitable age and discretion and authorized to accept documents.

**DESCRIPTION** of person served: Age approx.: 35-42 yrs, Sex: Female, Race: Black, Skin Color: Brown, Height approx.: 5'5"-5'7", Weight approx.: 125lbs – 135lbs, Eyes: Brown, Hair Color: Black.

I am over the age of 18 and have no interest in the above action.

                                                              Avmart Melidor

Sworn to before me
On the 12 day of August 2008

ANN C. NORTHERN
Notary Public, State of New York
No. 24-4837752
Qualified in Kings County
Commission Expires April 30, 2011

UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------------X
SANDRA ELLIS,

                Plaintiff,                              Index No. 08 CIV 6705

   -against-                                           **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK: NEW YORK CITY
DEPARTMENT OF CORRECTIONS,

                Defendant,
--------------------------------------------------------------------------X

Received by Avmart Melidor to be served on **NEW YORK CITY DEPARTMENT OF CORRECTIONS,** at 60 Hudson Street, New York, New York.

I, Avmart Melidor residing in Queens Village, New York, being duly sworn, deposed and says that on the **11th day of August 2008 at 3:50 P.M.,** I

**SERVED** the within **SUMMONS IN CIVIL ACTION**, personally by delivering a true copy of the same and leaving said document with **CORRECTION OFFICER SLADE-MEEKINS**, at 60 Hudson Street, New York, New York, who is of suitable age and discretion and authorized to accept documents.

**DESCRIPTION** of person served: Age approx.: 32-38 yrs, Sex: Female, Race: Black, Skin Color: Brown, Height approx.: 5'5"-5'7", Weight approx.: 150lbs – 170lbs, Eyes: Other, Hair Color: Black.

I am over the age of 18 and have no interest in the above action.

_____
Avmart Melidor

Sworn to before me
On the 12 day of August 2008

_____

ANN C. NORTHERN
Notary Public, State of New York
No. 24-4837752
Qualified in Kings County
Commission Expires April 30, 2011

UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X
SANDRA ELLIS,

                Plaintiff,                                          Index No. 08 CIV 6705

    -against-                                            **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK: NEW YORK CITY
DEPARTMENT OF CORRECTIONS,

                Defendant,
-----------------------------------------------------------------------X

Received by Avmart Melidor to be served on **THE CITY OF NEW YORK, CORPORATION COUNSEL,** at 100 Church Street, New York, New York.

I, Avmart Melidor residing in Queens Village, New York, being duly sworn, deposed and says that on the **11ᵗʰ day of August 2008 at 3:31 P.M.,** I

**SERVED** the within **SUMMONS IN CIVIL ACTION**, personally by delivering a true copy of the same and leaving said document with **AMANDA GONZALES, DOCKETING CLERK,** at 100 Church Street, New York, New York, who is of suitable age and discretion and authorized to accept documents.

**DESCRIPTION** of person served: Age approx.: 25-30 yrs, Sex: Female, Race: Hispanic, Skin Color: Light, Height approx.: 5'4"-5'6", Weight approx.: 125lbs – 135lbs, Eyes: Other, Hair Color: Black.

I am over the age of 18 and have no interest in the above action.

                                                                                    Avmart Melidor

Sworn to before me
On the 12 day of August 2008

ANN C. NORTHERN
Notary Public, State of New York
No. 24-4837752
Qualified in Kings County
Commission Expires April 30, 2011